ORIGINAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

**CHARLES BRYAN,**

**Petitioner,**

**v.**

**LOU STENDER, Warden, MCF-Faribault and HOYT BRILL, Warden, PCF-Appleton,**

**Respondents,**

**Civil No. 00-141(ADM/ESS)**

**ORDER**

---

The above captioned matter is before the undersigned United States Magistrate Judge on Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming that he is being confined in violation of his rights under the U.S. Constitution.

The Court issued an Order on January 25, 2000, directing Respondents to respond in writing within 20 days, certifying the true cause of Petitioner's confinement and showing cause why the writ should not be granted.

Respondents requested a ten (10) day continuance to file their response with a revised filing date of February 24, 2000.

The Court finds sufficient cause to grant the ten (10) day continuance. Accordingly, Respondents' Motion is granted.

**IT IS HEREBY ORDERED** that:

1. Respondents' Motion To Extend The Time For Filing A Written Return is granted.

FEB 07 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Respondents' shall file a written return, consistent with the terms of the Court Order dated January 25, 2000, on or before February 24, 2000.

Dated: February 7, 2000

E.S. SWEARINGEN
United States Magistrate Judge