# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Charles Bryan

Case No. Civil 00-141 ADM/ESS

v.

**JUDGMENT IN A CIVIL CASE**

Lou Stender, Warden, and
Hoyt Brill, Warden

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. The petition for writ of habeas corpus is denied;

2. The petition for leave to proceed in forma pauperis is denied; and

3. This action is dismissed with prejudice.

DATE: August 29, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

14